IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-03382-PAB-KLM

WILLIAM YOUNG,

    Plaintiff,

v.

BRISTOL WEST INSURANCE COMPANY,

    Defendant.

_____

**MINUTE ORDER**
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiff's **Stipulated Motion to Allow Limited Discovery Beyond the Deadline for Completion of Discovery** [#19] (the "Motion").[1] Plaintiff seeks an extension of the discovery deadline for the purposes of (1) taking the deposition of Defendant's claims adjuster, Blaine Kirkpatrick, (2) allowing Defendant to respond to Plaintiff's outstanding requests for production once a protective order is submitted and entered by the Court, and (3) any reasonable and naturally-flowing written discovery that may result from either (1) or (2). *Motion* [#19] at 2. Plaintiff has failed to comply with Local Rule 6.1(b), which requires Plaintiff to request a specific period of time for an extension. The Court will also not allow a general request for discovery such as Plaintiff seeks in (3) above. However, Plaintiff asserts that the deposition of Blaine Kirkpatrick may be taken on December 11, 2014. Accordingly, the Court will grant a partial extension of the discovery deadline, as follows.

    IT IS HEREBY **ORDERED** that the Motion [#19] is **GRANTED in part and DENIED without prejudice in part**. The Motion is **granted** to the extent that the discovery deadline is extended through **December 11, 2014** for the sole purposes of (1) taking the deposition of Defendant's claims adjuster, Blaine Kirkpatrick, and (2) allowing Defendant to respond to Plaintiff's outstanding requests. The Motion is **denied without prejudice** as to all other requested relief.

    Dated: November 13, 2014

---

[1] The Motion fails to comply with Local Rule 10.1(e) which requires that all documents presented for filing shall be double-spaced. Plaintiff is warned that future filings that fail to comply with the requirements of Local Rule 10.1 shall be stricken by the Court.