IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-03382-PAB-KLM

WILLIAM YOUNG,

    Plaintiff,

v.

BRISTOL WEST INSURANCE COMPANY,

    Defendant.

___

## MINUTE ORDER

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

This matter is before the Court on Defendant's **Motion for Entry of a Stipulated Protective Order [#22]** (the "Motion").

IT IS HEREBY **ORDERED** that the Motion [#22] is **GRANTED**. Accordingly,

IT IS FURTHER **ORDERED** that the Protective Order [#22-1] supplied by the parties is **accepted** for filing and entered as an Order of the Court, with interlineations, as of the date of this Minute Order.

Dated: December 2, 2014