IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-03382-PAB-KLM

WILLIAM YOUNG,

    Plaintiff,

v.

BRISTOL WEST INSURANCE COMPANY,

    Defendant.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Defendant's **Unopposed Motion to Vacate the February 25, 2015 Final Pretrial Conference and Reset to May 14, 2015** [#29] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion [#29] is **GRANTED**.  Accordingly,

    IT IS FURTHER **ORDERED** that the Final Pretrial Conference set for February 25, 2015 at 10:00 a.m. is **VACATED** and **RESET** to **May 14, 2015** at **10:00 a.m.** in Courtroom A-401, Fourth Floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado.

    IT IS FURTHER **ORDERED** that the proposed pretrial order shall be submitted on or before **May 7, 2015**.  The proposed pretrial order to be submitted to the Magistrate Judge under the ECF Procedures may be submitted in WordPerfect or pdf format and shall be emailed to the Magistrate Judge at *Mix_Chambers@cod.uscourts.gov*.

    Dated:  January 23, 2015